## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YENIFER ANDREA ESQUIVEL LEON, | : | CIVIL ACTION NO. 1:25-CV-2408 |
| | : | |
| Petitioner | : | (Judge Neary) |
| | : | |
| v. | : | |
| | : | |
| ANGELA HOOVER, *et al.*,[1] | : | |
| | : | |
| Respondents | : | |

### ORDER

Presently before the court is a Report and Recommendation ("R&R") issued by Magistrate Judge Susan E. Schwab wherein Judge Schwab recommends (Doc. 16) the court grant Petitioner's Yenifer Andrea Esquivel Leon's petition (Doc. 1) for habeas corpus by ordering a bond hearing. Respondents filed timely objections, (Docs. 15, 16), entitled them to *de novo* review of the R&R. E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).

For the reasons discussed more thoroughly in this court's opinion Chaudhari v. Rose, No. 3:26-CV-242, 2026 WL 540378, at *5-6 (M.D. Pa. Feb. 26, 2026), the court finds Section 1225(b)(2) of Title 8 of the United States code is inapplicable to people like Leon who were detained not at this country's border, but in the interior. Thus, Leon's current detention is unlawful. Judge Schwab additionally recommends the court order a bond hearing under Section 1226(a) occur within a week of the

---

[1] Though the petition names several parties, the only true respondent should be the warden of the facility having custody over Moreno. Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004).

court's order. However, Leon has been unlawfully detained for some time. If the government wishes to detain her under Section 1226(a), they may do so but must follow the proper procedure. Because that procedure was not followed, the court will order Leon's immediate release.

Therefore, AND NOW, this 3rd day of March, 2026, it is hereby ORDERED that:

1. Judge Schwab's R&R is ADOPTED in part.

2. The petition for writ of habeas corpus (Doc. 1) is GRANTED.

3. Respondent shall IMMEDIATELY RELEASE petitioner from custody on her own recognizance.

4. Respondent shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **March 11th, 2026 at 5:00 p.m.** confirming that petitioner has been released from detention.

5. Respondent and the government are PERMANENTLY ENJOINED from detaining petitioner pursuant to 8 U.S.C. § 1225.

6. Within 30 days of the date of this order, petitioner may file a motion for fees and costs pursuant under the Equal Access to Justice Act. See Michelin v. Warden Moshannon Valley Corr. Ctr., __ F. 4th __, No. 24-2990, 2026 WL 263483 (3d Cir. Feb. 2, 2026).

6. The Clerk of Court is directed to enter judgment in favor of petitioner and close this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

2